IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AKELE MAE TAYLOR, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CASE NO. 4:12CV530 |
| | § | |
| REGINALD L. HUNT, | § | |
| | § | |
| Respondent. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On January 11, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and a recommendation that Petitioner Akele Mae Taylor's Verified Petition For Return of Child to Petitioner and Petition for Immediate Issuance of Show Cause Order to Respondent (*see* Dkt. 1) be GRANTED, that an order be entered directing the prompt return of KH to his habitual residence of Canada, that Respondent be ordered to pay Petitioner her costs of court and her costs of travel in the amount of $2,425.02, and that Respondent be ordered to pay the fees of the guardian ad litem in the amount of $5,422.50, payable directly to the guardian ad litem within 30 days of the entry of final judgment in this matter. The Magistrate Judge further found that Petitioner was entitled to attorneys' fees totaling $93,872.50 for the services of the Webb Family Law Firm and Larry Phillips, but gave Respondent ten days from the date of the recommendation to submit any evidence and briefing as to whether such an award would be clearly inappropriate.

The court has made a *de novo* review of the objections raised by Respondent (*see* Dkt. 26) and Petitioner's response (*see* Dkt. 28) and is of the opinion that the findings and conclusions of the

Magistrate Judge are correct and the objections are without merit as to the ultimate findings of the Magistrate Judge. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Therefore, Petitioner Akele Mae Taylor's Verified Petition For Return of Child to Petitioner and Petition for Immediate Issuance of Show Cause Order to Respondent (*see* Dkt. 1) is GRANTED. An order shall be entered directing the prompt return of KH to his habitual residence of Canada. Respondent is ordered to pay Petitioner her costs of Court and her costs of travel in the amount of $2,425.02, and Respondent is ordered to pay the fees of the guardian ad litem in the amount of $5,422.50 payable directly to the guardian ad litem within 30 days of the entry of final judgment in this matter.

Further, because the Respondent has not filed within 10 days of the date of entry of the report and recommendation, or concurrently with his objections to the report, any briefing or evidence to address whether the award of $93,872.50 in attorneys' fees would be clearly inappropriate, Respondent is ordered to pay Petitioner her attorneys' in the amount of $93,872.50.

Petitioner shall submit a proposed final judgment and order directing KH's prompt return once the appropriate travel arrangements have been made.

**IT IS SO ORDERED.**

**SIGNED this the 15th day of February, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE