**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| AKELE MAE TAYLOR, | § | |
| | § | |
| Petitioner, | § | |
| V. | § | CASE NO. 4:12CV530 |
| | § | |
| REGINALD L. HUNT, | § | |
| | § | |
| Respondent. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 25, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Petitioner's Motion for Relief from Final Judgment and Order for Return of Child (Dkt. 37) be GRANTED and the final judgment in this matter be amended.

Having received the report of the United States Magistrate Judge and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

Therefore, Petitioner's Motion for Relief from Final Judgment and Order for Return of Child (Dkt. 37) is GRANTED and the final judgment in this matter shall be amended as recommended.

**IT IS SO ORDERED.**

**SIGNED this the 28th day of March, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE